NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1368

WYETH HOLDINGS CORPORATION
and WYETH (now known as Wyeth LLC),

Plaintiffs-Appellants,

v.

Kathleen Sebelius, SECRETARY OF HEALTH AND HUMAN SERVICES,
DEPARTMENT OF HEALTH AND HUMAN SERVICES,
Dr. Margaret Hamburg, COMMISSIONER OF FOOD AND DRUGS,
UNITED STATES FOOD AND DRUG ADMINISTRATION,
David Kappos, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL
PROPERTY and DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK
OFFICE, and UNITED STATES PATENT AND TRADEMARK OFFICE,

Defendants-Appellees.

Appeal from the United States District Court for the District of Columbia in
case no. 08-CV-00981, Judge John Henry Kennedy, Jr.

## ORDER

Upon consideration of the appellants' objection to the official caption,

IT IS ORDERED THAT:

The revised official caption is reflected above. A copy of the revised official

caption and this order shall be transmitted to the merits panel assigned to hear this

case.

FOR THE COURT

MAR 0 4 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Randolph D. Moss, Esq.
Howard S. Scher, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 4 2010

JAN HORBALY
CLERK